## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MICHELLE SATTERWHITE,** | ) |
| Plaintiff | ) |
| | ) **Case No.: 2:17-cv-11408-AC-APP** |
| v. | ) |
| **BLUESTEM BRANDS, INC. d/b/a FINGERHUT,** | ) |
| Defendant | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Michelle Satterwhite and Defendant, Bluestem Brands, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated:  4/30/2018

s/Avern Cohn
U.S. District Judge